**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2336**

MARIA ISABEL FERER,

                    Plaintiff – Appellant,

      v.

DANIEL MARTIN GARASIMOWICZ; JOHN DOE 1; THE VIRGINIA STATE
POLICE DEPARTMENT; JOHN DOE 2,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema,
District Judge. (1:13-cv-00797-LMB-IDD)

Submitted: April 24, 2014          Decided: April 28, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maria Isabel Ferer, Appellant Pro Se. Nicholas Foris Simopoulos,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Isabel Ferer appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ferer v. Garasimowicz, No. 1:13-cv-00797-LMB-IDD (E.D. Va. Sept. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED